Matter of Kuck (2024 NY Slip Op 03803)

Matter of Kuck

2024 NY Slip Op 03803 [42 NY3d 985]

July 11, 2024

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, December 4, 2024

[*1]

In the Matter of Julie M. Kuck, Justice of the Lindley Town Court, Steuben County.

Decided July 11, 2024

{**42 NY3d at 985} OPINION OF THE COURT

On the Court's own motion, it is determined that Hon. Julie M. Kuck is suspended, with pay, effective immediately, from the office of Justice of the Lindley Town Court, Steuben County, pursuant to New York Constitution, article VI, § 22 and Judiciary Law § 44 (8).
Concur: Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan.